FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 0 9 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTOMATED CREEL SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SHAW INDUSTRIES GROUP, INC., <br><br> Defendant. | 1:12-cv-00424-RWS |

## [~~PROPOSED~~] ORDER

This matter is before the Court on Defendant Shaw Industries Group, Inc.'s Motion for Leave to File DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT under Seal in this action. Upon consideration of the Motion and for good cause shown, the Motion is hereby GRANTED. Defendant Shaw Industries, Inc. may file its Motion to Dismiss, Memorandum in Support, and Exhibit B attached thereto under seal.

- 4 -

This 9th day of October, 2012.

_____
Judge, United States District Court
Northern District of Georgia

- 4 -