**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**1:12-cv-00424-RWS**

AUTOMATED CREEL SYSTEMS, INC.,
a Georgia Corporation,

Plaintiff,

v.

SHAW INDUSTRIES GROUP, INC.,
a Georgia Corporation,

Defendant.
______________________________________/

# JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, AUTOMATED CREEL SYSTEMS, INC., and Defendant, SHAW INDUSTRIES GROUP, INC., by and through undersigned counsel, hereby stipulate and agree to the dismissal without prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated this 19th day of October, 2012.

Respectfully submitted,

| | |
|---|---|
| TRIPP SCOTT, P.A. | FISH & RICHARDSON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 110 SE Sixth Street, 15th Floor | 1180 Peachtree Street, N.E. |
| Ft. Lauderdale, Florida 33301 | Atlanta, GA 30309 |
| Tel: 954.525.7500 | Tel: 404.892.5005 |
| Fax: 954.761.8475 | Fax: 404.892.5002 |

***/s/ ALEXANDER D. BROWN***
ALEXANDER D. BROWN
GA. Bar No. 902761

***/s/ THAD C. KODISH***
THAD C. KODISH
GA Bar No. 427603